Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 4 2015

David J. Bradley, Clerk of Court

## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.

**Roberto Alejandro DAVILA Jr.**

Case Number: C-15-242M

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Leonel Dasaev FERNANDEZ-Giron**
**Geiman Guillermo HERNANDEZ**

These material witnesses are citizens of Honduras and Guatemala who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

Robert Pina Border Patrol Agent
U.S. Border Patrol

Sworn to before me and signed in my presence and probable cause found on:

4 day of March, 2015

UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington

It is ORDERED this 4 day of March, 2015, that the above material witness this day brought before me, be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $5,000 cash or surety for each material witness.

UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington